NO. 07-04-0393-CR

NO. 07-04-0394-CR

NO. 07-04-0395-CR     

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 1, 2004

______________________________

STEPHEN JAMES WILLIAMS, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 3RD DISTRICT COURT OF ANDERSON COUNTY;

NOS. 25512; 25513; 25514; HON. BASCOM W. BENTLEY, III, PRESIDING

_______________________________

Before JOHNSON, C.J., QUINN and CAMPBELL, JJ.

Before this court is appellant's Motion to Dismiss Appeal.  The document, signed by appellant and his attorney, requests that the notice of appeal in each case be withdrawn and the appeals voluntarily dismissed. 

No decision having been delivered prior to the receipt of the request for dismissal of the notices of appeal, and all conditions applicable to the voluntary dismissal of a criminal appeal having been met, it is ordered that the appeal be dismissed.  Having dismissed the appeals at the personal request of appellant and his attorney, no motions for rehearing will be entertained, and the mandates shall issue forthwith. 

Brian Quinn 

   Justice 

Do not publish.